UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SEALED MOTION | : |
| | :  No. 22-mc-00021 (CRC) |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

**NOTICE OF APPEARANCE**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted,

/s/
Michael T. Keilty
Assistant Special Counsel
U.S. Department of Justice
145 N Street, NE
Room 3E.803
Washington, D.C. 20530
(718) 938-5534
michael.keilty@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 4, 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/
                              Michael T. Keilty
                              Assistant Special Counsel