# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SEALED MOTION** | : |
| | :      No. 22-mc-00021 |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted,

/S/
Andrew J. DeFilippis
Assistant Special Counsel
U.S. Department of Justice
145 N Street, NE
Room 3E.803
Washington, D.C. 20530
(646) 530-0087
Andrew.defilippis@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                         /s/
                                        Andrew J. DeFilippis
                                        Assistant Special Counsel