IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: SEALED MOTION<br><br>   \*   \*   \*<br><br>**RODNEY JOFFE,**<br><br>                  Movant,<br><br>**UNITED STATES OF AMERICA,**<br><br>                  Interested Party. | Misc. Case No. 22-mc-21 (CRC) |

**ORDER REGARDING RODNEY JOFFE'S
UNOPPOSED MOTION TO REDACT CERTAIN PORTIONS OF FILINGS**

Upon consideration of Rodney Joffe's Unopposed Motion to Redact Certain Portions of Filings (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following portions of Mr. Joffe's filings shall be redacted, as set forth in Exhibits 1 and 2 to the Motion:

   a.  Exhibit A to Mr. Joffe's Motion to Intervene and to Expunge References to Tech Executive-1 (the "Joffe Motion");

   b.  the second entry on page 5 of Exhibit C to Mr. Joffe's Reply Memorandum in Support of Motion to Intervene and to Expunge References to Tech Executive-1 (the "Joffe Reply Memorandum"); and

2

      c. the third entry on page 15 of Exhibit C to the Joffe Reply Memorandum; and it is further

    ORDERED that the parties shall submit redacted versions of the filings to the Clerk of the Court.

DATE: May 20, 2022

                                                                    Hon. Christopher R. Cooper
                                                                    United States District Judge