# EXHIBIT A

**REDACTED**

# EXHIBIT B

https://twitter.com/mjhempco/status/1492604958881067008

← **Tweet**                                                            ···



**MJHEMPCO**
@mjhempco

Damn. Rodney Joffe commited  Treason. Spying on a
President & sharing that info. From Georgia Tech. Our
Universities are Anti-American. How many times do
they execute you for that?

🌀 **Hans Mahncke** ✓ @HansMahncke · Feb 12
Holy moly! New Durham filing. Rodney Joffe and his buddies at Georgia Tech
monitored Trump's internet traffic "while" he was President of the United States.
storage.courtlistener.com/recap/gov.usco...
Show this thread

> 5.      The Government's evidence at trial will also establish that among the Internet data
>
> Tech Executive-1 and his associates exploited was domain name system ("DNS") Internet traffic
>
> pertaining to (i) a particular healthcare provider, (ii) Trump Tower, (iii) Donald Trump's Central
>
> Park West apartment building, and (iv the Executive Office of the President of the United States
>
> ("EOP"). (Tech Executive-1's employer, Internet Company-1, had come to access and maintain
>
> dedicated servers for the EOP as part of a sensitive arrangement whereby it provided DNS
>
> resolution services to the EOP.  Tech Executive-1 and his associates exploited this arrangement by
>
> mining the EOP's DNS traffic and other data for the purpose of gathering derogatory information
>
> about Donald Trump.)

4:02 PM · Feb 12, 2022 · Twitter Web App

**3** Retweets    **4** Likes

     ♡           ↻           ♡           ↑

○  🔒  https://twitter.com/jeff13292376/status/1492664555960475650?s=21

🐦

🏠  **Home**

#  **Explore**

🔔  **Notifications**

✉️  **Messages**

🔖  **Bookmarks**

📋  **Lists**

👤  **Profile**

⋯  **More**

**Tweet**

←  **Tweet**

  **Jeff**  ⋯
@jeff13292376

Replying to @rodneyjoffe

## Sounds like Rodney's gonna die soon.

7:58 PM · Feb 12, 2022 · Twitter for iPhone

2 Likes

○          ⇄          ♡          ↑

🙂  Tweet your reply

**More Tweets**

CornishKopiteJ4T97 ≡ ≡ @ShaneMeneer · Feb 12  ⋯
Looks like They got Rodney from Wish



○ 4          ⇄ 2          ♡ 30          ↑

https://twitter.com/fugitivezephyr/status/1492722086388846592?s=11

← **Tweet**



**SkilletLickersonSpotify**
@FugitiveZephyr

## Have they found the body of #RodneyJoffe yet?

11:47 PM · Feb 12, 2022 · Twitter Web App

Tweet your reply

https://twitter.com/farmwifeee/status/1492980357498650633?s=11

← **Tweet**

 **Love Trump** 
@farmwifeee                                          ...

Rodney Joffe treason traitor with the internet spying
should be trending.
#deathpenalty

4:53 PM · Feb 13, 2022 · Twitter for Android

**1** Like

◯          ⟲          ♡          ⬆

 Tweet your reply

Show additional replies, including those that may contain offensive    **Show**
content

**More Tweets**

 **il Donaldo Trumpo** @PapiTrumpo · 6h                    ...
SHE'S OUR VALENTINE!!! 🙃 🙃 🙃



# EXHIBIT C

## Incident/Investigation Report

**Agency:** FCPD        **Case Number:** 2022-0450229        **Date:** 2/22/2022 13:29:51

### Incident Information

| Date/Time Reported | Date/Time | Date/Time | Officer |
|---|---|---|---|
| 02/14/2022 21:19 | 02/14/2022 20:02 | | TOWERY, K. |
| **Incident Location** | | | **Supervising Officer** LIBBY, B. |
| **Disposition** | | | **Case Status** SERVICE |
| **Weather and Light Conditions** CLEAR/DARK - STREET LIGHTS | | | |

### Events

| 1 | Charge Type | Description SUSPICIOUS - EVENT | | | Statute SUSP-1 | UCR 999 | ☐ Att ☑ Com |
|---|---|---|---|---|---|---|---|

| Alcohol, Drugs or Computers Used ☐ Alcohol  ☐ Drugs  ☐ Computers | Criminal Activity | | Forced Entry ☐ Yes ☐ No | Weapons 1. 2. 3. |
|---|---|---|---|---|

| Entry | Exit | Security | How Left Scene | Location Type HOUSE |
|---|---|---|---|---|
| **Bias Motivation** | **Bias Target** | **Bias Circumstances** | | **Hate Group** |

### Other Persons Involved

| Name Code Complainant | Seq. # 1 | Name (Last, First, M) JOFFE, RODNEY LANCE | |
|---|---|---|---|
| Race W | Sex M | DOB | SSN |
| Address | | Home Phone | Cell Phone |
| Employer Name/Address / | | | Business Phone |

## Incident/Investigation Report

**Agency:** FCPD  **Case Number:** 2022-0450229  **Date:** 2/22/2022 13:29:51

### Notes/Narratives

▆▆▆▆▆▆▆

I responded to the listed location for a suspicious event. Upon arrival, I made contact with Rodney Joffe who is an internet data expert that has recently been in national news stories involving the investigation of former President Trump's ties to Russia. Rodney's name is currently trending on Twitter and there have been a significant number of tweets making indirect threats toward Rodney. His address, phone number, and email address have all been leaked to the public online. He has received several text messages from unknown numbers regarding his involvement in the national incident, but no direct threats have been made. He has also received several emails of the same nature. Around 1750 hrs, two vehicles parked on the street outside Rodney's house, and an unknown male individual knocked on his door twice. Rodney did not answer the door but observed the male and the two vehicles on his surveillance cameras. The tags of the two vehicles are VA UJM-4567 and possibly 211M655 - unknown state. No criminal activity occurred but Rodney was concerned about his own safety and his families safety. He expressed concern that someone may come to his home to harm him due to the attention he is receiving online. Rodney has made his federal protection detail aware of the situation and they advised him to file a police report regarding the incident. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆

Case closed - service.

▆▆▆▆▆

# EXHIBIT D

SENT VIA EMAIL                                **Weil, Gotshal & Manges LLP**

2001 M Street, NW Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Steven A. Tyrrell**

February 23, 2022

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

In re: Special Counsel Investigation

Attorney General Garland,

On behalf of my client, Rodney Joffe, I write to request that you immediately exercise your authority to remove Special Counsel John Durham and members of his staff for misconduct and other good cause, including intentional violation of my client's Constitutional rights and U.S. Department of Justice ('DOJ') policy.

As you know, on October 19, 2020, former Attorney General William P. Barr issued Order No. 4878-2020 (the "Order"), appointing United States Attorney John Durham to serve as Special Counsel for the Department of Justice ("DOJ"), citing the authority vested in the Attorney General by 28 U.S.C. §§ 509, 510, and 515. The regulations governing the appointment, powers and authority, conduct, and termination of a Special Counsel are set forth at 28 C.F.R. §§ 600.1 to 600.10.

While the powers and authority vested in a Special Counsel are broad, including the "full power and independent authority to exercise all investigative and prosecutorial functions" of a United States Attorney, and, except as otherwise provided in 28 C.F.R. Part 600, the discretion to determine whether and to what extent to inform or consult with the Attorney General about the conduct of the investigation, they are not unlimited. Indeed, 28 C.F.R. § 600.7 requires a Special Counsel to "comply with the rules, regulations, procedures, practices and policies of the Department of Justice." A Special Counsel and his or her staff are "subject to disciplinary action for misconduct and breach of ethical duties under the same standards and to the same extent" as other DOJ employees, and a Special Counsel may be disciplined or removed from office by the Attorney General. *Id.* Grounds for removal include, *inter alia*, misconduct and "for other good cause, including violation of Departmental policies." *Id.*

As we describe in greater detail in the attached Motion to Intervene and Expunge References to Tech Executive-1 Based on Constitutional Violations, which we filed today in *U.S. v. Sussmann*, Case No. 1:21-cr-00582, Special Counsel Durham and members of his staff responsible for the *Sussmann* matter have blatantly violated my client's Constitutional rights, including his right to due process of law, and have flouted the presumption of innocence. In doing so, they have irreparably damaged Mr. Joffe's personal and professional reputation, put him and members of his immediate family at risk of violence,

Mr. Merrick B. Garland
February 23, 2022
Page 2

**Weil, Gotshal & Manges LLP**

and caused him significant financial harm and emotional distress. Their actions are inexcusable and not in keeping with the proud traditions and long-standing principles of the DOJ.

Special Counsel Durham and members of his staff also have utterly disregarded established DOJ policy. In that regard, Section 9-27.760 of the Justice Manual requires all federal prosecutors to "remain sensitive to the privacy and reputational interests of uncharged third-parties" in all public filings and proceedings, noting that absent significant justification it is not appropriate to identify an uncharged party "either by name or *unnecessarily-specific description.*" (emphasis added)  The rationale for this policy is clear and is expressly stated therein: there is "no legitimate governmental interest served by the government's public allegation of wrongdoing by an uncharged party." (internal quotations omitted) Yet, this is precisely what Special Counsel Durham has done—repeatedly made public allegations of wrongdoing against my client, a non-party.

As you noted in your remarks on your first day as Attorney General, a day of optimism for many current and former DOJ employees, the DOJ must remain true to its commitment to "ensuring the civil rights and the civil liberties of our people.  The only way we can succeed and retain the trust of the American people is to adhere to the norms that have become part of the DNA of every Justice Department employee . . . ." *Attorney General Merrick Garland Addresses the 115,000 Employees of the Department of Justice on His First Day* (Mar. 11, 2021), available at https://www.justice.gov/opa/speech/attorney-general-merrick-garland-addresses-115000-employees-department-justice-his-first.  Special Counsel Durham and members of his staff have not remained true to this commitment or adhered to the basic norms that should be a part of the DNA of all DOJ employees.  They should, therefore be removed.[1]

Thank you for your service and consideration.

Respectfully submitted,

*[signature]*

Steven A. Tyrrell

Enclosure

Cc:    J. Durham, Special Counsel

---

[1] We are not requesting that the Office of Special Counsel's ("OSC") ongoing work be terminated.  Rather, we simply ask that you appoint a new Special Counsel who will adhere to the law, follow DOJ policy, and respect the rights of all individuals who have been or may be drawn into the work of the OSC.